## Commonwealth, Appellant, *v.* Lightkep.

Before

TREDINNICK, J.

Submitted September 8, 1975. *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellant; *Edward F. Kane,* for appellee.

Order affirmed.

## Commonwealth *v.* Lumer, Appellant.

Before GUARINO, J.

Argued December 11, 1975. *H. R. Switzer,* with him *Lee Mandell,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *Steven H. Goldblatt,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.